IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| v. | § | CRIMINAL ACTION NO. H-97-060 |
| | § | |
| BETTY JO BOGANS | § | |
| (Civil Action No. H-99-1155) | § | |

# FINAL ORDER

In accordance with the Memorandum and Order issued this day, it is hereby

**ORDERED** that Betty Jo Bogans's § 2255 Motion [Doc. # 51] is **DENIED** and the corresponding civil action is **DISMISSED WITH PREJUDICE**.

Because Betty Jo Bogans has not made a substantial showing of the denial of a constitutional right, she is **DENIED** a certificate of appealability.

THIS IS A FINAL ORDER.

SIGNED at Houston, Texas, this 20th day of October, 1999.

_____
NANCY F. ATLAS
UNITED STATES DISTRICT JUDGE

TRUE COPY I CERTIFY
ATTEST:
MICHAEL N. MILBY, CLERK
By:_____
Deputy Clerk